**MICHELLE BETANCOURT**
California State Bar No. 215035
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Cabrera-Raya

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**FRANK CABRERA-RAYA,**<br>Defendant. | Case No. 08CR1513-MLH<br><br>**JOINT MOTION TO CONTINUE CHANGE OF PLEA HEARING BEFORE MAGISTRATE BATTAGLIA** |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Michelle Betancourt, and Federal Defenders of San Diego, counsel for Mr. Frank Cabrera-Raya, along with Assistant United States Attorney Carla Bressler, that the change of plea hearing currently set for June 5, 2008, be rescheduled to June 10, 2008, at 1:30 p.m.

Dated: June 4, 2008

*s/ Michelle Betancourt*
**MICHELLE BETANCOURT**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Cabrera-Raya

Dated: June 4, 2008

*s/ Carla Bresssler*
**CARLA BRESSLER**
Assistant United States Attorney