UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**FRANK CABRERA-RAYA**,<br>Defendant. | CASE NO. 08CR1513-H<br><br>ORDER |

**IT IS HEREBY ORDERED** that the joint motion (docket no.11 ) requesting the continuance of the change of plea hearing currently set for June 5, 2008 and continued to ***June 10, 2008, at 1:30 p.m.***, be **GRANTED.**

**SO ORDERED.**

DATED: June 5, 2008

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court