UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>V.<br>**FRANK CABRERA-RAYA**,<br>Defendant. | Case No. 08-CR-1513 H<br><br>ORDER CONTINUING SENTENCING DATE |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the sentencing hearing set for September 15, 2008 at 9:00 a.m. be continued to **November 3, 2008, at 9:00 a.m.** The parties agree that time Is excludable under the Speedy Trial Act until the acceptance of plea. The Court finds that there is excludable time under the Speedy Trial Act. The Defendant is currently in custody.

**SO ORDERED.**

Dated: August 11, 2008

MARILYN L. HUFF, District Judge
United States District Court